PROB 12C
(6/16)

Report Date: October 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Garza | Case Number: 0980 1:16CR02079-SAB-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮, Zillah, Washington 98953 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 18, 2017 | |
| Original Offense: | Conspiracy to Distribute Methamphetamine<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 |
| Original Sentence: Prison - 36 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: June 6, 2019 |
| Defense Attorney: Jennifer R. Barnes | Date Supervision Expires: June 5, 2024 |

### PETITIONING THE COURT

To issue a summons.

Mr. Garza met with a United States Probation Officer on June 6, 2019, and reviewed the conditions of supervised release outlined in the offender's Judgment. Mr. Garza signed the document, acknowledging an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Garza is alleged to have violated special condition number 3 by consuming methamphetamine and fentanyl on or about October 12, 2022. |
| | On September 12, 2022, Mr. Garza failed to report for his random drug test. This officer spoke with Mr. Garza on the telephone on October 13, 2022, and Mr. Garza admitted to consuming methamphetamine and fentanyl on October 12, 2022. |

Prob12C
Re: Garza, Jose
October 26, 2022
Page 2

    2    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Garza is alleged to have violated special condition number 3 by consuming opiates on or about October 20, 2022.

On October 20, 2022, Mr. Garza reported to the probation office and provided a drug test that tested positive for opiates. Mr. Garza denied consuming any controlled substances and the drug test was sent to Alere Toxicology Services (Alere) for testing.

On October 25, 2022, this officer received a drug test report from Alere showing positive results for the presence of codeine. Mr. Garza was asked about the positive results for codeine and he once again denied consuming any controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 26, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

10/26/2022
Date