PROB 12C
(6/16)

Report Date: November 1, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 01, 2022**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Garza                                  Case Number: 0980 1:16CR02079-SAB-2

Address of Offender: ▮▮▮▮▮▮▮▮▮  Zillah, Washington 98953

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 18, 2017

Original Offense:     Conspiracy to Distribute Methamphetamine
                      21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846

Original Sentence:    Prison - 36 months                Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:  Thomas J. Hanlon                  Date Supervision Commenced: June 6, 2019

Defense Attorney:     Jennifer R. Barnes                Date Supervision Expires: June 5, 2024

### PETITIONING THE COURT

To issue a warrant and incorporate the alleged violations with the violations previously reported to the Court on October 26, 2022.

Mr. Garza met with a United States Probation Officer on June 6, 2019, and reviewed the conditions of supervised release outlined in the offender's Judgment. Mr. Garza signed the document, acknowledging an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Mr. Garza is alleged to have violated special condition number 3 by consuming methamphetamine on or about October 26, 2022.

On October 28, 2022, Mr. Garza admitted to consuming methamphetamine on October 26, 2022. He was honest about his use of a controlled substance and stated he was disappointed in the choice he made to consume methamphetamine.

Prob12C
**Re: Garza, Jose**
**November 1, 2022**
**Page 2**

| | | |
|---|---|---|
| 4 | | **Special Condition #2**: You must undergo a subsance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Garza is alleged to have violated special condition number 2 by failing to report to Triumph Treatment Services (Triumph) for substance abuse treatment on October 28, 2022.

On October 31, 2022, this officer spoke with Mr. Garza's substance abuse counselor at Triumph. The counselor reported Mr. Garza failed to show up for outpatient treatment on October 28, 2022. Mr. Garza left a voice message with his counselor on October 28, 2022, stating he relapsed; however, the counselor never excused Mr. Garza from attending substance abuse treatment.

5   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Garza is alleged to have violated special condition number 3 by consuming methamphetamine on or about October 28, 2022.

On October 31, 2022, Mr. Garza reported to the probation office and prior to submitting to a drug test, admitted to consuming methamphetamine on October 28, 2022.

The U.S. Probation Office respectfully recommends the Court issues a warrant and incorporate the alleged violations with the violations previously reported to the Court on October 26, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 1, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Garza, Jose
November 1, 2022
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/1/2022

Date