PROB 12C
(6/16)

Report Date: November 7, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Garza | Case Number: 0980 1:16CR02079-SAB-2 |
| Address of Offender: ▬▬▬▬▬ Zillah, Washington 98953 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 18, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 | |
| Original Sentence: | Prison - 36 months TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 6, 2019 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: June 5, 2024 |

### PETITIONING THE COURT

To incorporate the alleged violation with the violations previously reported to the Court on October 26, and November 1, 2022.

Mr. Garza met with a United States Probation Officer on June 6, 2019, and reviewed the conditions of supervised release outlined in the offender's Judgment.  Mr. Garza signed the document, acknowledging an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**:  Mr. Garza is alleged to have violated mandatory condition number 1 by resisting arrest, in violation of the Revised Code of Washington (RCW) 9A.76.040, on November 6, 2022. |
| | According to the incident report from the Yakima County Sheriff's Office (YSO), the following occurred: |
| | On November 6, 2022, at approximately 9:38 a.m., YSO attempted to contact Mr. Garza at his residence, to arrest him on his federal warrant. As YSO entered the front door of Mr. Garza's residence, another deputy observed Mr. Garza exiting the back side of the residence and began to run from the scene.  YSO yelled at Mr. Garza telling him to "stop, police."  Mr. Garza continued to flee into an orchard by his residence and refused to stop. |

Prob12C
Re: Garza, Jose
November 7, 2022
Page 2

YSO eventually caught up to Mr. Garza after the offender stumbled and fell to the ground. Mr. Garza was placed in restraints and YSO observed a laceration at the bridge of the offender's nose. It was later determined that Mr. Garza hit the guard wire fence of the orchard, in the trees. Mr. Garza required medical attention and had to be medically cleared before he was placed in the Yakima County Jail.

YSO plans on charging Mr. Garza with resisting arrest. As of the writing of this petition charges have not been filed.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation with the violations previously reported to the Court on October 26, and November 1, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 7, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/8/2022
Date