PROB 12C
(6/16)

Report Date: August 9, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jose Garza | Case Number: 0980 1:16CR02079-SAB-2 |
| Address of Offender: ▉▉▉▉▉▉▉▉ Zillah, Washington 98953 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 18, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 | | |
| Original Sentence: | Prison - 36 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(April 24, 2023) | Prison - Time served (68 days)<br>TSR - 33 months | | |
| Asst. U.S. Attorney: | Thomas Hanlon | Date Supervision Commenced: April 24, 2023 | |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: January 23, 2026 | |

### PETITIONING THE COURT

To issue a warrant.

Mr. Garza met with a United States Probation Officer on May 11, 2023, and reviewed the conditions of supervised release outlined in the offender's Revocation Judgment. Mr. Garza acknowledged an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**:   Mr. Garza is alleged to have violated special condition number 1 by failing to attend substance abuse treatment at Triumph on July 11, 2023. |
| | On July 11, 2023, this officer received a telephone call from Mr. Garza's substance abuse counselor at Triumph Treatment Services (Triumph) in Yakima, Washington. The counselor reported Mr. Garza failed to attend his outpatient treatment group on July 11, 2023. |

Prob12C
**Re: Garza, Jose**
**August 9, 2023**
**Page 2**

|   |   |
|---|---|
|   | On July 13, 2023, Mr. Garza reported to the United States Probation Office as directed and stated he failed to attend his outpatient treatment group on July 11, 2023. |
| 2 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Garza is alleged to have violated special condition number 2 by consuming methamphetamine on or about July 8, and 9, 2023.<br><br>On July 13, 2023, Mr. Garza reported to the United States Probation Office as directed and admitted to consuming methamphetamine on July 8 and 9, 2023. Mr. Garza signed a drug use admission form confirming his use of a controlled substance. |
| 3 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Garza is alleged to have violated special condition number 2 by adulterating his urinalysis at Triumph on August 1, 2023.<br><br>On August 9, 2023, this officer spoke with Mr. Garza's substance abuse counselor at Triumph. The counselor reported Mr. Garza provided a drug test on August 1, 2023, at Triumph that was sent to the laboratory for testing. The drug test returned as a non-human sample. Based on the sample returning as non-human Mr. Garza utilized another substance in an attempt to adulterate his drug test. |
| 4 | **Special Condition #1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Garza is alleged to have violated special condition number 1 by failing to attend substance abuse treatment at Triumph August 8, 2023.<br><br>On August 9, 2023, this officer received a telephone call from Mr. Garza's counselor at Triumph in Yakima. The counselor reported Mr. Garza failed to attend his outpatient treatment group on August 9, 2023. |

Prob12C

Re: Garza, Jose
August 9, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 9, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

8/11/2023

Date