PROB 12C
(6/16)

Report Date: March 29, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 01, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Garza | Case Number: 0980 1:16CR02079-SAB-2 |
| Address of Offender: ███████████  Zillah, Washington 98953 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 18, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 | |
| Original Sentence: | Prison - 36 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 24, 2023) | Prison - Time Served (68 days)<br>TSR - 33 months | |
| Revocation Sentence:<br>(October 18, 2023) | Prison - 60 days<br>TSR - Expires January 23, 2026 | |
| Asst. U.S. Attorney: | Thomas Hanlon | Date Supervision Commenced:<br>November 27, 2023 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: January 23, 2026 |

## PETITIONING THE COURT

To issue a warrant.

Mr. Garza met with a United States Probation Officer on November 30, 2023, and reviewed the conditions of supervised release outlined in the offender's Revocation Judgment. Mr. Garza acknowledged an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  Mr. Garza is alleged to have violated mandatory condition number 1 by being arrested for attempting to elude a police vehicle and hit/run unattended vehicle, per Yakima County Superior Court Declaration of Probable Cause in cause number 24-1-00469-39, filed March 25, 2024. |

Prob12C
Re: Garza, Jose
March 29, 2024
Page 2

Per the aforementioned probable cause declaration, on March 24, 2024, in the State of Washington and County of Yakima, at South Oldenway Road and Fort Road, in Toppenish Washington 98948, Jose Garza (Date of Birth 3/30/74) committed the crimes attempting to elude a police vehicle, as well as hit and run property damage. Jose committed these crimes by fleeing from a traffic stop in a reckless manner, wrecking his vehicle into a telephone pole guide wire, and then fleeing on foot before being apprehended following a K9 track.

On March 24, 2024, at about 02:09 hours, fully uniformed Yakama Nation officer Gudino was driving a fully marked Yakama Nation patrol vehicle equipped with red and blue emergency lights and an audible siren. Officer Gudino observed a white sedan (Washington license plate number CLA 1338) traveling Westbound on Fort Road near Robbins Road at speeds that he visibly estimated to be 70 to 80 miles per hour (MPH); the posted speed limit in this area is 55 MPH. Officer Gudino caught up to the vehicle on South Oldenway Road as it traveled Northbound from Fort Road. Officer Gudino obtained radar speed readings between 75 and 80 MPH in this area. Officer Gudino activated his vehicle's emergency lights to initiate the traffic stop, in which the vehicle failed to yield and continued Northbound. Officer Gudino activated his audible siren and observed the vehicle fail to stop at a stop sign at South Oldenway Road and state route (SR) 97, as the vehicle continued Northbound. Officer Gudino continued chasing the fleeing vehicle but temporarily lost sight of it as it made several turns in an orchard area of East Martin Road.

The vehicle was located a short time later as it was found wrecked into a telephone pole guide wire and was unoccupied near 580 Martin Road. A perimeter was established and a K9 track was performed by deputies. The K9 track, along with intermittent footprints located in the mud, led deputies to the property of 852 East Progressive Road, which was approximately a quarter mile directly East of where the vehicle was abandoned. Deputies then located Mr. Garza hiding on the ground beside a piece of farm equipment on this property.

Mr. Garza was arrested without incident and post Miranda rights, admitted to being in the fleeing vehicle, however, denied being the driver. Mr. Garza advised deputies he had just left legends Casino (580 Fort Road) prior to the pursuit. Deputies obtained video footage from the casino which showed Mr. Garza entering the vehicle's (CLA 1338) driver seat and then leave the casino parking lot and travel Westbound on Fort Road at 02:06 hours. Per tribal police dispatch, they entered officer Gudino's traffic stop at 02:09 hours.

Mr. Garza was subsequently booked into the Yakima County Jail on this incident report. Based on the above-described evidence, it was requested that Mr. Garza be charged with attempting to elude a police vehicle as well as hit and run property damage.

On March 25, 2024, Mr. Garza made a preliminary appearance on Yakima County Superior Court cause number 24-1-00469-39. Mr. Garza was remanded to custody with a $5,000 bail.

On March 27, 2024, an information was filed charging Mr. Garza with attempting to elude a police vehicle, hit/run unattended vehicle, and second degree malicious mischief for damage exceeding $750.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

Prob12C
Re: Garza, Jose
March 29, 2024
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 29, 2024

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

4/1/2024

Date